MAY 31, 1913.

*Bran waste.*—Myers & Co. *v.* United States (1122).

SEPTEMBER 30, 1913.

*Nonimportation.*—Sun Qwong On *v.* United States (1181).
*Clerical error.*—United States *v.* Central Vermont Railway Co. (1121).

OCTOBER 21, 1913.

*Lace pins.*—United States *v.* Calhoun, Robbins & Co. (1175).

NOVEMBER 19, 1913.

*Seger cones.*—United States *v.* Perry Ryer & Co. (1227).

NOVEMBER 29, 1913.

*Parts of musical instruments.*—United States *v.* Tonk Bros. Co. et al. (1105) ;
United States *v.* Sears, Roebuck & Co. (1104).
*Waste rubber.*—Stern *v.* United States (1188).
*Candles.*—United States *v* Woolworth & Co. (1221).

### REHEARING DENIED.

MARCH 21, 1913.

*Machine tools.*—Gallagher & Ascher *v.* United States (991).
*Carbon.*—Stegemann, jr., *v.* United States (962).
*Rotten fruit.*—Steiner *v.* United States (928).

MAY 29, 1913.

*Silk mufflers.*—Kaskel & Kaskel et al. *v.* United States (935).
*Pipes.*—Butler Bros. *v.* United States (949).

OCTOBER 14, 1913.

*Procedure.*—Dunlop Bros. et al. *v.* United States (890).
*Coal-tar preparation.*—Hawley & Letzerich *v.* United States (983).
*Knitted gloves, partly wool.*—United States *v.* Burne (1049).
*Jewelry.*—Cohn & Rosenberger *v.* United States (1100) ; United States *v.*
Cohn & Rosenberger (1108) : United States *v.* Claflin Co. et al. (1109) ; Guth-
man, Solomons & Co. *v.* United States (1110).

### REHEARING GRANTED.

MAY 8, 1913.

*Medicinal preparation.*—United States *v.* Von Oefele (1042).

### REARGUMENT ORDERED.

MAY 31, 1913.

*Artificial flowers.*—United States *v.* Edson Keith & Co. et al. (946).